

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-02
APRIL 10, 2018 SESSION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3,18-00080

                                          8 U.S.C. § 1326(a)

VICTOR SANTA MARIA-CLEOFAS,
    also known as "Victor Santamaria-Cleofas",
    also known as "Victor Santamaria C."

## I N D I C T M E N T

### (Reentry of a Removed Alien)

The Grand Jury Charges:

1.   On or about March 14, 2001, defendant VICTOR SANTA MARIA-CLEOFAS, also known as "Victor Santamaria-Cleofas", and also known as "Victor Santamaria C.", (hereinafter "VICTOR SANTA MARIA-CLEOFAS") an alien, was found at or near Charleston, West Virginia, and was subsequently removed from the United States to Mexico on or about April 10, 2001.

2.   On or about February 20, 2004, defendant VICTOR SANTA MARIA-CLEOFAS, an alien, was found at or near Yuma, Arizona, and was subsequently removed from the United States to Mexico on or about February 20, 2004.

3.   On or about August 19, 2008, defendant VICTOR SANTA MARIA-CLEOFAS, an alien, was found at or near Naco, Arizona, and

was subsequently removed from the United States to Mexico on or about August 21, 2008.

4.   On or about September 23, 2010, defendant VICTOR SANTA MARIA-CLEOFAS, an alien, was found at or near Casa Grande, Arizona, was convicted on or about September 24, 2010, in the United States District Court, District of Arizona of the misdemeanor offense of illegal entry into the United States, in violation of 8 U.S.C. § 1325(a)(1), and was subsequently removed from the United States to Mexico, on or about December 1, 2010.

5.   On or about March 15, 2018, at or near Hurricane, Putnam County, West Virginia, and within the Southern District of West Virginia and elsewhere, defendant VICTOR SANTA MARIA-CLEOFAS, an alien, was subsequently found in the United States after having been removed from the United States, and had not obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a).

MICHAEL B. STUART
United States Attorney

By:   _Erik S Goes_

ERIK S. GOES
Assistant United States Attorney